# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>-vs-<br><br>VINCENT NICHOLAS PETRUSHKIN,<br>                                  Defendant. | Case No.    2:21-CR-00164-SMJ-2<br>**CRIMINAL MINUTES**<br><br>DATE:    DECEMBER 6, 2021<br>LOCATION:  RICHLAND<br><br>**MOTION HEARING** |

### Hon. Salvador Mendoza, Jr.

| Nicole Cruz | 02 | Kimberly Allen |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Caitlin Baunsgard | | Walter Ayers |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**    Patrick Dennis | | |

**[X] Open Court**      **[ ] Chambers**      **[X] Videoconference**

Due to the current COVID-19 public health crisis, all parties appearing via video conference. Defendant present, appearing via video conference from the Spokane County Jail.

Defendant consents to hearing proceeding via video conference.

Argument by Mr. Ayers in support of Defendant's Motion and Memorandum in Support form Review of Order Granting United States' Motion for Detention (ECF 39).

Argument by Ms. Baunsgard in opposition of motion.

Rebuttal argument by Mr. Ayers.

**Court**: Motion and Memorandum in Support form Review of Order Granting United States' Motion for Detention (ECF 39) is **DENIED**; Defendant is remanded to the custody of the Spokane County Jail.

**[X] ORDER FORTHCOMING**

| **CONVENED:** 10:03 A.M. | **ADJOURNED:** 10:21 A.M. | **TIME:** 0:18 HR. | **CALENDARED** [ ] |
|---|---|---|---|