Walter L. Ayers
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: walter@ayerslawfirm.net

United States District Court
Eastern District of Washington
(Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Vincent Nicholas Petrushkin.<br><br>Defendant(s). | 2:21-CR-00164-SMJ-2<br><br>Notice of Non-Joinder of Co-Defendant Holmes' Motion to Continue |

Vincent Petrushkin, by and through counsel, Walter Ayers of Ayers Law Firm, P.L.L.C., hereby submits this notice of non-joinder in co-defendant Holmes' motion to continue trial.

Mr. Petrushkin has stated that he will not waive speedy trial even with the limited discovery that has been produced. Mr. Petrushkin has been advised of the risks of not waiving speedy trial at this stage of the case. A motion to sever will be filed shortly.

Counsel further recalls that the Government asserted all Rule 16 discovery has been provided (Last information provided December 2, 2021, in ECF 42).

///

Notice of Non-Joinder                                1

1  Dated this 6th day of December 2021.

Respectfully Submitted,

*s/Walter L. Ayers*
WSBA # 19707
Attorney for Vincent Petrushkin.
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone: (509) 252-6005
Email: walter@ayerslawfirm.net

### Service Certificate

I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Caitlin Baunsgard.

s/Walter L. Ayers
WSBA # 19707
Attorney for Vincent Petrushkin.
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone: (509) 252-6005
Email: walter@ayerslawfirm.net