Zachary L. Ayers
Ayers Law Firm, P.L.L.C.
1312 North Monroe Street, Suite 133
Spokane, Washington 99201
Telephone: (509) 252-6005

United States District Court
Eastern District of Washington
(Honorable Judge Thomas O. Rice)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Vincent Nicholas Petrushkin,<br><br>    Defendant. | No. 2:21-CR-00164-TOR-2<br><br>Defendant's Supplement to the Sentencing Memorandum and Updated Sentencing Recommendation |

  Vincent Nicholas Petrushkin, through counsel, Zachary L. Ayers of Ayers Law Firm, P.L.L.C., submits the following Supplement to the Sentencing memorandum with updated sentencing recommendations. The original sentencing memorandum (ECF 68) is hereby incorporated by this reference.

  Mr. Petrushkin updates his sentencing recommendation and requests the Court to sentence him to time served, a three-year term of supervised release, no fine, and a $100 special penalty assessment.

  Should the Court order Mr. Petrushkin to reside in a Residential Re-entry Center (RRC), Counsel alternatively asks the Court to sentence him to ten or twenty days more than time served. This would effectively allow United States Probation to request a bed date for Mr. Petrushkin in the RRC and make his transition back to

Defendant's Supplement to the Sentencing Memorandum    1

society significantly smoother than releasing him directly to the streets.

DATED this 15th day of March 2023.

Respectfully Submitted,

*s/Zachary L. Ayers*
Zachary L. Ayers, WSBA#46496
Attorney for Mr. Petrushkin.
Ayers Law Firm, P.L.L.C.
1312 N. Monroe St., Ste. 133
Spokane, WA 99201
Telephone: (509)252-6005
Fax: (509) 210-3239
Email: zach@ayerslawfirm.net

## Service Certificate

I hereby certify that on March 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Caitlin Baunsgard, Assistant United States Attorney.

*s/Zachary L. Ayers*
Zachary L. Ayers, WSBA#46496
Attorney for Mr. Petrushkin.
Ayers Law Firm, P.L.L.C.
1312 N. Monroe St., Ste. 133
Spokane, WA 99201
Telephone: (509)252-6005
Fax: (509) 210-3239
Email: zach@ayerslawfirm.net

Defendant's Supplement to the Sentencing Memorandum     2